IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00075-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIA RAMOS (4) | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 238).

That statute allows a court to reduce a sentence based on a guideline range that has been subsequently lowered by the Sentencing Commission.  Here, Amendment 791 detailed by the defendant as affecting her sentence is not listed by the Commission as being retroactively applicable for purposes of § 3582(c)(2). USSG §1B1.10(a)(1), (d). See also United States v. Geringer, 672 F. App'x 651, (9th Cir. 2016) (Amendment 791 is not retroactive).  Thus, she is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 238), is **DENIED.**

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge